Matthew Jacobs (SBN: 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 601-7504
Email: matt@jacobslawfirm.com

*Attorney for Defendant Saman Delafraz*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMAN DELAFRAZ and BENJAMIN DANESHGAR<br><br>Defendants. | Case No. 2:25-CR-836-GW<br><br>**[PROPOSED] ORDER MODIFYING CONDITIONS OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with Stipulation to Modify Conditions of Pretrial Release]* |

The Court, having considered the stipulation of the parties to modify conditions of pretrial release (the "Stipulation"), along with the Letter Agreement, incorporated herein, and finding good cause therefor, hereby GRANTS the Stipulation and ORDERS the Pretrial release conditions of Defendants Saman Delafraz and Benjamin Daneshgar (together, "Defendants"), *see* ECF 15, 27, modified as follows:

1. Defendants shall not be prohibited from communicating with the individual referred to in the Complaint as Conspirator F (whose identity is known to the Government and Defendants), as necessary for the operation of the Business.

1

2. Defendants shall not be prohibited from communicating with each other, as necessary to operate the Business, provided that:

    a. Defendants do not discuss any aspect of the criminal case outside the presence of their counsel;

    b. Counsel for Defendants retain an attorney to act as an informal monitor;

    c. Communications between Defendants about the Business will be by email with a copy to the informal monitor, who will retain those emails;

    d. Defendants will provide the informal monitor with monthly bank statements for any bank accounts used to operate the Business, and with a report or reports detailing the items purchased and sold by the Business, the purchase and sale prices, and the identities of the sellers and the buyers;

    e. Defendants waive attorney-client privilege with respect to communications with the informal monitor; and Defendants agree to make the informal monitor available to Pretrial Services;

    f. Any additional communications between the Defendants will be proposed in writing and approved by the Government.

3. Defendants are permitted to travel to the Delaware area, including to Delaware, Pennsylvania, and Maryland, for the purpose of operating the Business.

4. The property bond amount reflected in the Order setting Defendant Saman Delafraz's Pretrial Release Conditions, *see* ECF 27 at 2 ¶ 3(c) (affidavit of surety with full deeding of property), shall be reduced from $250,000 to $200,000.

IT IS SO ORDERED

//

//

//

_____  _____
Date                             The Honorable George H. Wu
                                 United States District Judge

Presented by:

*/s/ Matthew Jacobs*
Matthew Jacobs
*Attorney for Defendant Saman Delafraz*