BARRIENTOS PC
J. Alejandro Barrientos, SBN 346676
Alejandro@bts.law
145 S. Fairfax Avenue, Suite 200-152
Los Angeles, CA 90036
T. 626.551.4564
F. 626.427.6753

Attorneys for Defendant
Benjamin Daneshgar

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN DANESHGAR,<br><br>Defendant. | Case No.  2:25-MJ-05544-DUTY-2<br><br>[~~PROPOSED~~] **ORDER ON UNOPPOSED** *EX PARTE* **APPLICATION FOR ORDER EXTENDING TIME TO SUBMIT PROPERTY BOND** |

//
//
//

1

1    GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
2 Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a
3 property bond is GRANTED. The property bond must be filed by November 3, 2025.

5 Dated: 10/21/2025                    _____
                                        Hon. Michael B. Kaufman
6                                       United States Magistrate Judge

8 OR

9    GOOD CAUSE NOT HAVING BEEN SHOWN, IT IS HEREBY ORDERED that
10 Mr. Benjamin Daneshgar's *ex parte* application for an order extending time to submit a
11 property bond is DENIED.

13 Dated:                               _____
                                        Hon. Michael B. Kaufman
14                                      United States Magistrate Judge