Alaleh Kamran (SBN 158648)
LAW OFFICES OF ALALEH KAMRAN, APC
16130 Ventura Boulevard, Suite 320
Encino, CA 91436
Telephone: (818) 986-8590
Email: alalehkamran@alalehkamran.com

Gregory Douglas Bernstein (SBN 299204)
KELLER ANDERLE SCOLNICK LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: (949) 476-8700
Email: gbernstein@kelleranderle.com

Attorneys for Defendant, BENJAMIN DANESHGAR

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs,<br><br>vs.<br><br>BENJAMIN DANESHGAR,<br><br>    Defendants. | Case No: 2:25-mj-05544-MBK<br><br>STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE |

Plaintiff United States of America, by and through Assistant United States Attorney Khaldoun Shobaki, and defendant Benjamin Daneshgar, by and through his counsels Alaleh Kamran and Gregory Douglas Bernstein, hereby stipulate and agree as follows:

-1-

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**

1. On September 17, 2025, this Court ordered Defendant's release pending trial, conditioned upon a $250,000 secured appearance bond supported by a $25,000 deposit and an affidavit of surety without justification by Yasmine Hosseini, to be replaced by a $250,000 secured property bond. (ECF 15.)

2. On November 4, 2025, the Court issued an in-chambers order (ECF 44) finding that the property offered by surety Jim Daneshgar, consisting of a 20% joint tenancy interest in a property located in Encino, California, secured approximately $160,000 in equity, which was less than the $250,000 bond amount originally ordered.

3. The Court denied the bond package without prejudice, but expressly stated that: *if the Government stipulates that a lesser bond package is sufficient, a proposed modification of the bond and release order may be submitted, without the need to redo the bond paperwork.* (ECF 44 at 2.)

The Government has reviewed the bond materials and stipulates that a $160,000 secured property bond, supported by the existing affidavit of surety and documentation already filed with the Court, is sufficient to satisfy Defendant's bond and release conditions.

Accordingly, the parties jointly request that the Court enter an order modifying the bond conditions to reflect a secured appearance bond in the amount of $160,000, in place of the previously ordered $250,000 bond.

All other conditions of pretrial release shall remain unchanged.

IT IS SO STIPULATED.

Dated: November 12, 2025

_____
Khaldoun Shobaki
Assistant United States Attorney
United States of America

Dated: 11/12/2025

*Alaleh Kamran*
_____
Alaleh Kamran
Counsel for Defendant Benjamin Daneshgar

Dated: _____

_____
Gregory Douglas Bernstein
Counsel for Defendant Benjamin Daneshgar

PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I,_____, am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 16130 Ventura Blvd., Suite 320, Encino, CA 91436.

On ____, I served the foregoing document described as **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** on the parties to this action as follows:

(BY PERSONAL SERVICE) I delivered or caused to be delivered such document[s] by hand to the interested party[ies] as listed above.

☐ (BY MAIL) As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [*C.C.P. §§ 1012 and 1013(a)*].

☐ (BY OVERNIGHT COURIER): I caused such envelope to be placed for collection and delivery on this date in accordance with standard FEDERAL EXPRESS delivery procedures.

☐ (BY FAX) On the date set forth above I served a copy of the foregoing on the interested parties in this action by transmitting by facsimile machine to the parties listed above or in the attached service list: [*C.C.P. § 1013(e)*]

☐ (BY E-MAIL) On the date set forth above by use of electronic mail, I served as copy of the foregoing on the interested parties in this action by transmitting by electronic mail to the electronic mail addresses listed above.

☐ (STATE) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☐ (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on _____      By: _____
                                  ALALEH KAMRAN

-4-

**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**