UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES – GENERAL

Case No.: 2:25-cr-00836-AB-2  Date: November 19, 2025

Present: The Honorable: Michael B. Kaufman, United States Magistrate Judge

Interpreter: N/A

| J. Muñoz | N/A | None present |
|---|---|---|
| *Deputy Clerk* | *Court Reporter / Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s) | Present | Cust | Bond | Attorneys for Defendants: | Present | App | Ret |
|---|---|---|---|---|---|---|---|
| Benjamin Daneshgar - Not present | | | | None present | | | |

**Proceedings: (IN CHAMBERS)**

The previous bond for $250,000 was reduced to $160,000. The bond for $250,000 is order exonerated.

The new bond for $160,000 is ordered to be posted by December 10, 2025.

cc

:00
Initials of Deputy Clerk  jm