Matthew Jacobs (SBN: 331916)
THE JACOBS LAW FIRM, PC
5743 Corsa Avenue, Suite 208
Westlake Village, CA 91362
Telephone: (805) 601-7504
Email: matt@jacobslawfirm.com

*Attorney for Defendant Saman Delafraz*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SAMAN DELAFRAZ,<br><br>Defendant. | Case No. 2:25-CR-836-AB<br><br>**STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE**<br><br>*[Filed concurrently with [Proposed] Order]* |

Plaintiff United States of America and Defendant Saman Delafraz, individually and through their counsel of record, stipulate as follows:

1. On September 17, 2025, the Court ordered Defendant released based on: (i) the posting of a $250,000 affidavit of surety without justification by Defendant's father; and (ii) a $25,000 cash deposit (the "Cash Deposit") by September 22, 2025. *See* Dkt. 27 ¶ 3(a)-(b).

2. The parties also contemplated the filing of a $250,000 affidavit of surety with justification secured by full deeding of property (the "Property Bond"), and the Court ordered that the Cash Deposit would be exonerated upon posting of the Property Bond. *See* Dkt. 27 ¶ 3(c).

3. On September 19, 2025, the Cash Deposit was deposited with the Clerk's Office. ECF 34.

4. On November 5, 2025, the parties stipulated to modify the conditions of pretrial release by, among other things, lowering the Property Bond amount from $250,000 to $200,000. ECF 54 ¶ 9. The Court granted the stipulation (though the Court's Order has not yet been docketed).

5. The parties now stipulate to eliminate the requirement of a Property Bond altogether, including as a precondition to exonerating the Cash Deposit.

IT IS SO STIPULATED

Dated: November 21, 2025          Respectfully submitted,

                                  Bilal A. Essayli
                                  First Assistant United States Attorney

                                  /s/ *Khaldoun Shobaki*
                                  Khaldoun Shobaki
                                  Assistant U.S. Attorney
                                  *Counsel for Plaintiff United States of America*

Dated: November 21, 2025          /s/ *Matthew Jacobs*
                                  Matthew Jacobs
                                  *Counsel for Defendant Saman Delafraz*