Alaleh Kamran (SBN 158648)
LAW OFFICES OF ALALEH KAMRAN, APC
16130 Ventura Boulevard, Suite 320
Encino, CA 91436
Telephone: (818) 986-8590
Email: alalehkamran@alalehkamran.com

Gregory Douglas Bernstein (SBN 299204)
KELLER ANDERLE SCOLNICK LLP
18300 Von Karman Avenue, Suite 930
Irvine, CA 92612
Telephone: (949) 476-8700
Email: gbernstein@kelleranderle.com

Attorneys for Defendant, BENJAMIN DANESHGAR

FILED
CLERK, U.S. DISTRICT COURT
12/4/2025
CENTRAL DISTRICT OF CALIFORNIA
BY: KM  DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>BENJAMIN DANESHGAR,<br><br>Defendants. | Case No: 2:25-CR-00836-AB-2<br><br>DECLARATION OF CONSENT OF SURETY |

I, Yasmin Hosseini, declare as follows:

1. I am the surety who executed the $250,000 Appearance Bond for defendant Benjamin Daneshgar, supported by an Affidavit of Surety Without Justification, as reflected in the Release Order and Bond (Form CR-1) filed in this matter.

-1-

2. I have been informed that the parties have submitted a stipulation seeking to modify the conditions of Mr. Daneshgar's pretrial release by striking the $160,000 Affidavit of Surety With Justification and the Full Deeding of Property requirement, while leaving my $250,000 surety obligation in effect.

3. I understand the nature of this modification and the fact that my existing $250,000 surety bond remains in place without change.

4. Pursuant to Local Criminal Rule 46-2.1, I hereby consent in writing to the proposed modification of the bond conditions described above.

5. I make this declaration knowingly and voluntarily, and I remain willing to continue as surety for Mr. Daneshgar under the modified terms.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Date: December 4, 2025

_____
Yasmin Hosseini
Surety for Benjamin Daneshgar

*Alaleh Kamran, A Professional Corporation*
*16130 Ventura Boulevard, Suite 320*
*Encino, California 91436*